UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTIK T. SMITH,

                Plaintiff,

v.

CITY OF NEW YORK,

                Defendant.

25 Civ. 1551 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    Plaintiff, who currently is incarcerated at the West Facility on Rikers Island, brings this action, *pro se*, under 42 U.S.C. § 1983, alleging that Defendants violated his constitutional rights. By order dated May 12, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. By order dated May 22, 2025, the Court directed the Clerk of Court to electronically notify the New York City Department of Correction and the New York City Law Department of that order; directed Defendant City of New York to waive service of summons; and dismissed Plaintiff's claims against Brad Lander, West Facility, and the EMTC.

    Subsequently, Plaintiff filed a motion, asking the Court to "settle this matter by looking into [his] claims" and requesting $350,000 for "being deprived of [his] religious services to [ ] date" and $500,000 for "mental anguish and malicious acts." Defendant City of New York has waived service and appeared in this action (Dkt. #10, 15) but has not responded to Defendant's motion. Defendant City of New York is directed to file a letter on or before **September 19, 2025**, proposing next steps in this action.

2

The Clerk of Court is directed to mail a copy of this Order to Plaintiff

SO ORDERED.

Dated:   August 20, 2025
        New York, New York

                                                KATHERINE POLK FAILLA
                                               United States District Judge