UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTIK T. SMITH,

                       Plaintiff,

        -v.-

CITY OF NEW YORK; JOHN AND JANE DOE CORRECTION OFFICERS 1-5; CORRECTION OFFICER ELIZABETH RODRIGUEZ (#11691); CORRECTION OFFICER TAJ MOORE (#15663); CORRECTION OFFICER LUSIN (#15208); and CORRECTION OFFICER JOHN DOE (#15299),

                    Defendants.

25 Civ. 1551 (KPF)

**ORDER OF SERVICE**

KATHERINE POLK FAILLA, District Judge:

Plaintiff commenced this action *pro se* (Dkt. #1), and on May 12, 2025, the Court granted him permission to proceed *in forma pauperis* (IFP) (Dkt. #6). In the complaint, Plaintiff alleges that in March 2024, Defendants denied him recreation, unlawfully strip searched him, and denied him access to worship while in the custody of the New York City Department of Correction on Rikers Island. Plaintiff named as Defendants the City of New York, Brad Lander, EMTC, and West Facility. (Dkt. #1). By Order dated May 22, 2025, this Court dismissed *sua sponte* the claims against all Defendants other than the City of New York for failure to state a claim. (Dkt. #8). Defendant City of New York subsequently appeared in this action, indicated its intention to move to dismiss, and responded to an order under *Valentin* v. *Dinkins*, 121 F.3d 72 (2d Cir. 1997).

On December 30, 2025, Plaintiff filed a *pro se* complaint captioned *Smith v. Rodriguez*, No. 25 Civ. 10826 (KPF), and on January 12, 2026, it was assigned to my docket as related to this case. Because of the substantial overlap between the two pending actions, the Court ordered that the complaint in No. 25 Civ. 10826 (KPF) be docketed in this action as an amended complaint and that the following persons be added as Defendants in this action: Correction Officer Elizabeth Rodriguez (Shield No. 11691), Correction Officer Taj Moore (Shield No. 15663), Correction Officer Lusin (Shield No. 15208), and Correction Officer John Doe (Shield No. 15299). The Court also directed that the case under No. 25 Civ. 10826 (KPF) be administratively closed.

On January 14, 2026, the amended complaint was docketed in this action. (Dkt. #30). The Court construes it as a supplemental pleading under Federal Rule of Civil Procedure 15(d).

## DISCUSSION

### A.  Identification of John Doe Defendant

Under *Valentin* v. *Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d at 76. In the amended complaint, Plaintiff supplies sufficient information to permit the New York City Law Department to identify Officer John Doe (Shield No. 15208), who Plaintiff alleges participated in a strip search of Plaintiff on December 15, 2025 at around 8:15 a.m. inside of the West Facility Annex on Rikers Island. It is therefore ORDERED that the New York City Law Department, which is the attorney for and agent of the New York City Department of Correction, must

2

ascertain the identity of the John Doe whom Plaintiff seeks to sue here and the address where the defendant may be served.[1]  The New York City Law Department must provide this information to Plaintiff and the Court within 60 days of the date of this Order.

Within 30 days of receiving this information, Plaintiff must file a second amended complaint naming the John Doe Defendant.  The second amended complaint will replace, not supplement, the previous complaints.  An amended complaint form that Plaintiff should complete is attached to this Order.  Once Plaintiff has filed the second amended complaint, the Court will screen the second amended complaint and, if necessary, issue an order asking Defendant to waive service.

**B.    Waiver of Service**

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this Order.  The Court requests that Defendants Correction Officer Elizabeth Rodriguez (Shield No. 11691), Correction Officer Taj Moore (Shield No. 15663), and Correction Officer Lusin (Shield No. 15208) waive service of summons.

---

[1]    If the John Doe Defendant is a current or former DOC employee or official, the New York City Law Department should note in the response to this Order that an electronic request for a waiver of service can be made under the e-service agreement for cases involving DOC defendants, rather than by personal service at a DOC facility.  If the John Doe Defendant is not a current or former DOC employee or official, but otherwise works or worked at a DOC facility, the New York City Law Department must provide a residential address where the individual may be served.

## CONCLUSION

The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this Order.  The Court requests that Correction Officer Elizabeth Rodriguez (Shield No. 11691), Correction Officer Taj Moore (Shield No. 15663), and Correction Officer Lusin (Shield No. 15208) waive service of summons and that the New York City Law Department respond as directed in the *Valentin* Order.

The Clerk of Court is further directed to mail this Order to Plaintiff at his address of record.  An "Amended Complaint" form is attached to this Order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.  *See Coppedge* v. *United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

Dated:  January 16, 2026
        New York, New York

KATHERINE POLK FAILLA
United States District Judge

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.

-against-

_____

_____

_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

_____CV_____
(Include case number if one has been assigned)

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐  Violation of my federal constitutional rights

☐  Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Current Place of Detention

Institutional Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee
☐  Convicted and sentenced prisoner
☐  Other: _____

Page 2

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name                    Last Name                          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                              State                      Zip Code

Defendant 2:

First Name                    Last Name                          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                              State                      Zip Code

Defendant 3:

First Name                    Last Name                          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                              State                      Zip Code

Defendant 4:

First Name                    Last Name                          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                              State                      Zip Code

## V.     STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | Plaintiff's Signature |
|---|---|

| First Name | Middle Initial | Last Name |
|---|---|---|

Prison Address

| County, City | State | Zip Code |
|---|---|---|

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6